# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial<br>TRAXLER, Jr., William B | 2. Court or Organization<br>U.S.C.A. Fourth Circuit | 3. Date of Report<br>05/04/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5. ReportType (check appropriate type)<br>◯ Nomination   Date<br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>P. O. Box 10127<br>Greenville, SC 29603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Judges Association |
| 2. | Director | Piedmont Dance Club |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/04/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |

FINANCIAL DISCLOSURE OFFICE

MAY 10 10 30 AM '05

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of S.C. Circuit Judge Retirement benefit | $60,302 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Greenville TEC - Salary |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Public Defender, Eastern District N.C. | 10/7-8, Wilmington, NC, speaker, lodging, meals, transportation |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A .H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-F) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 J-P | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Greenville County, S.C. | | None | L | S | | | | | |
| 2. (1) Leon County, Fla., 1/5 interest | | None | | | Sell | 11/5 | N | G | Adiron, LLC |
| 3. (2) Leon County, Fla. | | None | M | W | | | | | |
| 4. (3) Leon County, Fla., 1/5 interest | | None | K | W | | | | | |
| 5. Sonoco stock (common) | A | Dividend | J | T | | | | | |
| 6. American Landlease stock (common) | A | Dividend | J | T | | | | | |
| 7. Family Steakhouses of Florida stock (common) | | None | J | T | | | | | |
| 8. Family Steakhouses of Florida stock (common) | | None | J | T | | | | | |
| 9. Palmetto Bank | A | Interest | M | T | | | | | |
| 10. Washington Mutual Investors Fund IRA | A | Dividend | J | T | | | | | |
| 11. Wendy's International, Inc. stock (common) | A | Dividend | J | T | | | | | |
| 12. Motorola stock (common) | A | Dividend | J | T | | | | | |
| 13. McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 14. Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 15. RPM stock (common) | A | Dividend | J | T | | | | | |
| 16. Sun Trust stock (common) | A | Dividend | J | T | | | | | |
| 17. Trust #1 | E | Distribution | M | T | | | | | |
| 18. --Wachovia National Bank accounts | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Greenville County, SC | | | | | | | | | |
| 20. --Putnam Tax Free mutual fund | | | | | | | | | |
| 21. --Regions Bank stock (common) | | | | | | | | | |
| 22. --SCANA stock (common) | | | | | | | | | |
| 23. --Solutia stock (common) | | | | | | | | | |
| 24. --Wachovia National Bank stock (common) | | | | | Part. Distr. | 3/3 | K | C | |
| 25. --American Landlease stock (common) | | | | | | | | | |
| 26. --Pfizer stock (common) (formerly Pharmacia) | | | | | | | | | |
| 27. --UBS Bank USA (formerly RMA money market portfolio) | | | | | | | | | |
| 28. --Wachovia National Bank stock (preferred) | | | | | | | | | |
| 29. --Monsanto stock (common) | | | | | | | | | |
| 30. --Carolina First Bank accounts | | | | | | | | | |
| 31. Carolina First Bank accounts | A | Interest | J | T | | | | | |
| 32. Vanguard Growth & Income Portolio | A | Dividend | J | T | | | | | |
| 33. Growth Fund of America IRA | A | Dividend | J | T | | | | | |
| 34. New Perspective Fund IRA | A | Dividend | J | T | | | | | |
| 35. Summit National Bank accounts | C | Interest | O | T | | | | | |
| 36. General Electric stock (common) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. AMEX SPDR Index stock (common) | A | Dividend | J | T | | | | | |
| 38. Ameritrade IRA | A | Dividend | J | T | | | | | |
| 39. --Silicon Graphics stock (common) | | | | | | | | | |
| 40. --MIPS Technologies stock (common) | | | | | | | | | |
| 41. --Honeywell stock (common) | | | | | | | | | |
| 42. --Applied Materials stock (common) | | | | | | | | | |
| 43. --Texas Instrument stock (common) | | | | | | | | | |
| 44. Greenville First Bank | A | Interest | J | T | | | | | |
| 45. Honeywell stock (common) | A | Dividend | J | T | | | | | |
| 46. BB&T stock (common) | A | Dividend | J | T | Buy | 11/17 | J | | |
| 47. Affinity Technologies Group stock (common) | | None | J | T | | | | | |
| 48. Wachovia stock (common) | A | Dividend | K | T | Distrib. | 3/3 | K | | |
| 49. Microsoft stock (common) | A | Dividend | J | T | | | | | |
| 50. Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 51. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 52. South Financial stock (common) | A | Dividend | K | T | | | | | |
| 53. Liberty Life -- whole life insurance policies | A | Interest | J | T | | | | | |
| 54. Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
   (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/04/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 56. Grand South Bank | A | Interest | L | T | Open | 11/22 | L | | |
| 57. Freescale Semiconductor stock (common) | | None | J | T | Spin-off | 12/2 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In Parts II and III.A.1—I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. P yment began when I turned 55 years of ge on May 1, 2003.

In Part VII, #1—Greenville County, SC, total taxable value is $59,205.00.

In Part VII, former #16—Value and income of HomeGold has declined below reporting v lue as company is now bankrupt.

In Part VII, #17—I receive a proportionate distribution of income and corpus annually. Identi ication of trust omitted per instructions.

In Part VII, #48—This stock includes the same stock whose distribution from a trust is reflected in #24.

In Part VII, #57—This stock was spun off by Motorola.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur                               Date   5-4-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544